UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-23170
ANNETTE SELMEISTER, )
)  Chapter: 13
)  Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto"

It is hereby ORDERED:

1) The Chapter 13 plan is modified to allow the Debtor to retain $794.12 of her 2016 tax refund.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 03, 2017

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100